708

Assistant District Attorney, *James D. Crawford,* Deputy District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Claitt, Appellant.

Submitted December 4, 1972. *Mike Hanford, Anne Johnson,* and *Jonathan, Miller,* Assistant Defenders, and *Vincent J. Ziccardi,* Defender, for appellant; *Albert L. Becker, James T. Ranney,* and *Milton M. Stein,* Assistant District Attorneys, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Cooper, Appellant.

Argued December 5, 1972. *Jonathan Miller,* Assistant Defender, with him *Vincent J. Ziccardi,* Defender, for appellant; *Linda W. Conley,* Assistant District Attorney, with her *James T. Ranney* and *Milton M. Stein,* Assistant District Attorneys, *Richard A. Sprague,* First Assistant District Attorney,

709

and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Cotto, Appellant.

Submitted December 4, 1972. *Thomas E. Harling,* Assistant Public Defender, for appellant; *Michael H. Ranck,* Assistant District Attorney, and *Henry J. Rutherford,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Dantzler, Appellant.

Submitted December 4, 1972. *Lee Mandell,* for appellant; *Milton M. Stein,* Assistant District Attorney, *James D. Crawford,* Deputy District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Debose, Appellant.

Argued December 11, 1972. *Michael P. Bolno,* Assistant Defender,